IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TERRUM INVESTMENTS, LTD | § § § | |
| V. | § § | CIVIL ACTION NO. 5:17-cv-00226 |
| MAIC AMERICAN INSURANCE COMPANY | § § § | |

**JOINT STIPULATION OF DISMISSAL**

On June 5, 2019, the Court issued its Order for Closing Documents (Dkt. No. 37), instructing the Parties to file a formal stipulation of dismissal by July 22, 2019. Accordingly, Defendant MAIC American Insurance Company and Plaintiff Terrum Investments, Ltd. file this Joint Stipulation of Dismissal, and would show:

1. An appraisal award was entered in the underlying insurance claims on May 29, 2019. Both awards were signed by the umpire and the Insured's appraiser.

2. The awards have been paid and the Parties have entered into a confidential settlement of all claims. The Parties therefore jointly enter this stipulation of dismissal and ask that the above-captioned cause be dismissed in its entirety with each party to be responsible for its own costs.

(Signatures on following page.)

Respectfully submitted,

*/s/ Martin R. Sadler*
Martin R. Sadler
Texas Bar No. 00788842
Federal Bar No. 18230
msadler@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
ATTORNEY-IN-CHARGE FOR DEFENDANT, MARKEL AMERICAN INSURANCE COMPANY

*/s/ Roy J. Elizondo signed with permission MRS*
Roy J. Elizondo
Texas Bar No. 00789774
relizondo@GBTriallaw.com
GREEN & BARTON
1201 Shepherd Drive
Houston, Texas 77007
Telephone: (713) 227-4747
Facsimile: (713) 621-5900
ATTORNEY-IN-CHARGE FOR PLAINTIFF, TERRUM INVESTMENTS, LTD.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded via electronic filing and/or facsimile, on this the 22nd day of July, 2019 to:

Roy J. Elizondo
GREEN & BARTON
1201 Shepherd Dr.
Houston, Texas 77007

*/s/Martin R. Sadler*
Martin R. Sadler